## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**SHIRLEY DIANE TRAYLOR**                                    **CIVIL ACTION**

**VERSUS**                                                                **NO. 17-1627-JWD-SDJ**

**ALLSTATE INSURANCE COMPANY**

## RULING AND ORDER

This Ruling and Order is issued *sua sponte*. This matter is before the court on Plaintiff's Complaint (R. Doc. 1) against Allstate Insurance Company, filed on November 7, 2017. A review of the record indicates that Plaintiff's counsel filed a motion to withdraw from the case on December 28, 2020 (R. Doc. 21), which motion was granted that same day (R. Doc. 22). The Court also set a Telephone Conference for January 19, 2021, for which Plaintiff then failed to show (R. Docs. 23). A second Telephone Conference was then scheduled for February 18, 2021, for which Plaintiff again failed to show (R. Doc. 24). As a result, on February 18, 2021, the Court entered an Order to Show Cause (R. Doc. 25) instructing Plaintiff to show cause "why sanctions should not be imposed or a recommendation of dismissal be issued for her failure to participate in a telephone status conference as ordered."[1] Plaintiff also was advised that failure to do so may result in a recommendation of dismissal of her Complaint.[2] The deadline for Plaintiff to respond, in writing, was March 11, 2021.[3] No action has been taken by Plaintiff.

As of the current date, Plaintiff has failed to take any steps to prosecute this case. Plaintiff also has disregarded the Court's Order to Show Cause.

---

[1] R. Doc. 25.
[2] *Id.*
[3] *Id.*

For the foregoing reasons, **IT IS ORDERED** that Plaintiff's claims against defendant Allstate Insurance Company be **DISMISSED WITHOUT PREJUDICE**.

Signed in Baton Rouge, Louisiana, on March 31, 2021.

---

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**